AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| (1) Jack Saez, Jr.; (2) Christopher Rivera Rodriguez; (3) Jan Carlos Martinez Mendez; (4) Dayanara Mendez; (5) Shaquille De Jesus Torres; ▮▮▮▮▮▮▮▮▮ (7) Sheldon Herring; (8) Duamel Ocasio; (9) Stephen Bandilla, III; (10) Justin Gilchrest; ▮▮▮ ▮▮▮▮▮▮▮▮▮; (12) Ushuaniliz Hernandez Rios | ) ) ) ) ) ) ) | Case No.  25-mj-6363-MPK |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 2024 through present__ in the county of __Worcester__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substances |

This criminal complaint is based on these facts:

See the attached affidavit of DEA Special Agent Patrick L. Kelly.

☑ Continued on the attached sheet.

/s/ Patrick L. Kelly

*Complainant's signature*

Patrick L. Kelly, Special Agent, DEA

*Printed name and title*

Sworn to before me and signed ~~in my presence~~.

By telephone

Date: April 3, 2026

*Judge's signature*

City and state:  Boston, Massachusetts   Hon. M. Page Kelley, U.S. Magistrate Judge

*Printed name and title*